## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                                  Case No: 09-mj-8111-01-DJW

JOSEPH G. MARKHAM

AUSA:  David C. Smith
Counsel for Defendant:  Tim H. Burdick

| | | | |
|---|---|---|---|
| **JUDGE:** | David J. Waxse | **DATE:** | September 8, 2009 |
| **DEPUTY CLERK:** | Lori Lopez | **TIME:** | 10:03 AM |
| **INTERPRETER:** | None | **PRETRIAL/PROBATION:** | Jim S. Dier |

Length of Hearing:   0   Hr(s)   2   Min(s)                                         Location:  Kansas City, Kansas
Hearing Concluded:     (x) Yes ( ) No

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing |
| ( ) | Identity Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Arraignment |
| (x) | Detention Hearing | ( ) | Held | (x) | Waived | ( ) | |
| ( ) | Discovery Conference | ( ) | Held | ( ) | Waived | | |

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Interpreter | ( ) | Sworn | ( ) | Previously sworn |
| ( ) | Charges and penalties explained to defendant | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | |
| ( ) | Counsel appointed | ( ) | At defendant's expense | | |
| ( ) | Constitutional rights explained | ( ) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | ( ) | Will be presented by next Grand Jury | | |
| ( ) | Signed Waiver of Indictment | | | | |
| ( ) | Advised of rights under Rule 20 | | | | |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | |
| ( ) | Petition to Enter Plea Filed | ( ) | Plea Agreement Attached | | |
| ( ) | Transferred to: | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ( ) | **ARRAIGNMENT AND PLEA:** | | | | | ( ) | No. of Counts: |
| | ( ) | Waived Reading of | ( ) | Indictment | ( ) | Information | ( ) | Read to Defendant |
| | ( ) | Previous Plea | ( ) | Guilty | ( ) | Not Guilty | Counts: |
| | ( ) | Guilty | | | | | Counts: |
| | ( ) | Not Guilty | | | | | Counts: |

| | | | | | |
|---|---|---|---|---|---|
| (x) | Bail remains denied | ( ) | Bail fixed at | ( ) | Bail remain at |
| ( ) | $ | ( ) | Unsecured | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect |
| (x) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| (x) | Detention Ordered | | | | |

Motions to be filed by:
Response(s) to be filed by:
Motions to be heard:
Deft's next appearance:        September 11, 2009 at 10:30 a.m. before Judge Waxse for preliminary hearing.

**Miscellaneous:** **Oral motion of U.S. for pretrial detention of defendant - Granted.  (Written detention order to follow.)**